UNITED STATES DISTRICT COURT
~~EASTERN~~
~~SOUTHERN~~ DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   MAR 1 7 2017   ★

BROOKLYN OFFICE

_____

_____

Jerome Maxwell

(IN THE SPACE ABOVE ENTER THE FULL NAME(S) OF THE PLAINTIFF(S).)

CV 17- 1568

KUNTZ, J.

Complaint

v.                                                      under the

Civil Rights Act, 42 U.S.C 1983

POLLAK, M.J.

Defendant No. 1  Richard A. Brown

Jury Trial: Yes ✓ No ____

Defendant No. 2  Joseph Milone

(check one)

Defendant No. 3  Maureen D'aquila

Defendant No. 4  Pablo Rivera

Defendant No. 5  Audrey I. Pheffer

_____

(In the space above, enter the full name(s) of the defendant(s). If you cannot fit the names of all of
the defendants in the space provided, please write, "see attached," in the space above and attach
an additional sheet of paper with the full list of names. The names listed in the above caption must
be identical to those contained in Part 1. No addresses should be included here.)

1

Parties in this complaint:

List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary:

Plaintiff:  Name _Jerome Maxwell_

ID # _16A1633_

Current Institution _Green Haven Corr Facility_

Address _P.O. Box - 4000_

_Stormville, New York 12582_

List all defendants' names, positions, places of employment, and the address where each defendant may be served/ Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name _Richard A. Brown_   Shield # _____

Where Currently Employed _District Attorney_

Address _125-01 Queens Boulevard_

_Kew Gardens, New York 11415_

Defendant No. 2  Name _Joseph Milone_   Shield # _____

Where Currently Employed _Assistant District Attorney_

Address _125-01 Queens Boulevard_

_Kew Gardens, New York 11415_

Defendant No. 3  Name _Maureen D'Aquila_   Shield # _____

Where Currently Employed _Chief Clerk_

Address _125-01 Queens Boulevard_

_Kew Gardens, New York 11415_

2

Facts. Pursuant to FRCP Rule 60 B-6)(6)
Supreme Court State of New york Queens County,
Hon: Jeremy S. Weinstein, made an order Granting petitioner
Jerome Maxwell, Application to vacate and Setting aside Respondent's
determination of July 11, 1994 Index # 322/17 dated 1-20-17.
Because of this Order, I'am entitle to Compensate for the
prose cuted delinquent, violation of duty or of law.
and Pursuant to 42 USCA 1988 (A) on July 11, 1994.
The District Attorney, made an indictment # 2986, 94. That
indicates I were Charged with the Following Counts.

Penal Law Section 215.16-2. Intimidating A victim or witness
in the Second Degree (Count #1). Acquitted this is what I
experiened in Court. They botch my Record.

Penal Law Section 215.00 (a) Bribing A witness (Count #2). Acquitted

Penal Law Section 215.11 (1) Tampering with A witness in the
Third Degree (Count #3). were found Guilty.

Penal Law Section 195.05. Obstructing Governmental
Administration (count #4). dismissed.

Penal Law Section 120.05. 20. Assault in the Second Degree
(count #5). dismissed.
On or around about September 27, 2016. Pablo Rivera, send
to me are letter that indicates the People's made a motion
to delete the obstruction count, and Assault and Tampering
counts as well. letter dated 9-27-2016.
Therein the Court Clerk's botch my Record, and in
Conformity with my application. filed date 1-12-2017
index # 322-17. in exhibit.

Sincerely
Jerome Maxwell
3-13-17

3 A

**Defendant No. 4**   Name _Pablo Rivera_____ Shield # _____

Where Currently Employed _First Deputy Chief Clerk_

Address _125-01 Queens Boulevard_

_Kew Gardens, New York 11415_

**Defendant No. 5**   Name _Audrey I, Pheffer_____ Shield # _____

Where Currently Employed _125-01 Queens Boulevard_  (Clerk)

Address _Kew Gardens, New York 11415_

_____

Statement of claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates, and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

In what institution did the events giving rise to your claim(s) occur? _____

_Queens House 125-01 Queens Boulevard_

Where in the institution did the events giving rise to your claim(s) occur _____

_____( (_____

What date and approximate time did the events giving rise to your claim(s) occur? _____

_July 11, 1994  time all days_

Facts:_____

_See Attached_

_Above_

_____

_____

3 B

**Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

Mental Emotional distress damages and
Humiliation.

_____
_____
_____

**Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act of 1995, 42 U.S.C. 1997e(a), requires that, "no action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___✔___ No _____

If YES, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Queens House 125-01
Queens Boulevard

4

Relief

I Jerome Maxwell am compensating for $10,000,000 in damages for Malicious Prosecution.



If NO, why not? _____

_____

Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

Relief:

State what you want the court to do for you. _____

_____ *See Attached* _____

_____ *Above* _____

_____

_____

_____

Previous Lawsuits :

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action? Yes ✔ No _____

If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.

5-B

Parties to this previous lawsuit:

Plaintiff _Jerome Maxwell_

Defendants _Maureen D. Aguila and Audrey I Pheffer_

Court (if federal court, name the district; if state court, name the county) _____

_United States District Court Eastern District of New York_

Docket or Index number: _16-CV-3477 (WFK)_

Name of Judge assigned to your case: _William F. Kuntz, II_

Approximate date of filing lawsuit: _7-14-16_

Is the case still pending? Yes _____ No _X_

    If NO, give the approximate date of disposition: _July 13, 2016_

What was the result of the case? (for example: Was the case dismissed? Was there judgment in
    your favor? Was the case appealed?) _Dismissed_

_____

_____

Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
    Yes _____ No _✓_

If  your answer to C is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there
    is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the
    same format.)

Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

    Court (if federal court, name the district; if state court, name the county) _____

_____

6

Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance proce

dure? Yes _____ No _____ Do Not Know _____

Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s)

arose cover some or all of your claim(s)? Yes _____ No _____ Do Not Know _____

If Yes , which claim(s)? _____

Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s)

arose not cover some of your claim(s)? Yes _____ No _____ Do Not Know _____

If Yes, Which claim(s)? _____

Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____ No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison,

or other correctional facility? Yes _____ No _____

If you did file a grievance about the events described in this complaint, where did you file the griev-

ance? _____

Which claim(s) in this complaint did you grieve? _____

_____

What was the result, if any? _____

_____

What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the
highest level of the grievance process. _____

_____

_____

_____

_____

_____

If you did file a grievance, did you inform any officials of your claim(s)? Yes _____ No _____

If YES, whom did you inform and when did you inform them? _____

_____

7

Approximate date of filing lawsuit: _____

Is the case still pending? Yes _____ No _____

   If NO, give the approximate date of disposition: _____

What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

Signed this _13_ day of _3_, 20 _17_. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Plaintiff: _Jerome Maxwell_

Inmate Number: _16A1633_

Mailing Address: _Green Haven Correctional_
_facility, P.O. Box 4000_
_Stormville NY 12582_

<u>Note</u>: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury on this _13_ day of _3_, 20 _17_, I will deliver this complaint to prison authorities to be mailed to the Pro SE Office of the United States District Court for the ~~South~~ *EAST* ern District of New York.

Signature of Plaintiff: _Jerome Maxwell_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JEROME MAXWELL,

                Plaintiff,

                        **CIVIL JUDGMENT**

       v.                      16-CV-3477 (WFK)

MAUREEN D. AQUILA, Chief Clerk, Queens County
Supreme Court Criminal Term, and
AUDREY I. PHEFFER,

                Defendants.
-------------------------------------------------------------------x

      Pursuant to the Court's Memorandum and Order issued on July 13, 2016 by the

Honorable William F. Kuntz, II, dismissing this civil action for failure to state a claim, it is:

      **ORDERED, ADJUDGED AND DECREED** that the complaint is hereby dismissed

pursuant to 28 U.S.C. § 1915A(b) and 28 U.S.C. § 1915(e)(2)(B).  The Court certifies pursuant

to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good

faith.

                              s/ WFK

                    WILLIAM F. KUNTZ, II
                    United States District Judge

Dated: Brooklyn, New York
       July 13, 2016



STATE OF NEW YORK
**UNIFIED COURT SYSTEM**
**ELEVENTH JUDICIAL DISTRICT, SUPREME COURT**
(OFFICE OF COURT ADMINISTRATION)
125-01 QUEENS BOULEVARD
KEW GARDENS, NEW YORK 11415
(718) 298-1408

**JOSEPH A. ZAYAS**
Administrative Judge
Criminal Term
Eleventh Judicial District
Supreme Court

**MAUREEN D'AQUILA**
Chief Clerk
Criminal Term
Eleventh Judicial District
Supreme Court

September 27, 2016

**PABLO RIVERA**
First Deputy Chief Clerk
Criminal Term

Mr. Jerome Maxwell- Din # 16A1633
Fishkill Correctional Facility
Box 1245
Fishkill, New York 12508

Re: Your letter to Hon. M. Spires-Dated August 8, 2016. Indictment # 2986-1994

Dear Mr. Maxwell: We are in receipt of the above cited letter. Regretfully, Justice Spires is no longer with us. However, I have read through the trial transcript in your case. The trial transcript for June 8, 1995, spells out quite clearly how the Obstruction of Governmental Administration count that you question, was disposed of.
I will draw your attention to page #423 line # 18 of the trial transcript (the copy of the three pages are attached to this letter and provided as a one-time courtesy), where the court grants the People's motion to delete the obstruction count. Page # 424, line #23, refers to the exclusion of the assault and tampering counts as well.

Finally, please see page #425, line #16, which indicates that you and your attorney were present at this proceeding. Your contention that court employees tampered with papers and your lack of knowledge concerning the charges is without merit, considering the record.

We recommend that you make any further inquiries concerning the facts, with respect to your case, to the attorney of record in this case (your attorney): Ms. Dorothy Hughes, Esq.
The Legal Aid Society
120-46 Queens Boulevard
Kew Gardens, New York 11415.

I hope that this inquiry has been satisfactorily closed.

Respectfully,

Pablo Rivera

Cc:  Hon. J.A Zayas, M. D'Aquila, Hon. A. I. Pheffer

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  )ss:
COUNTY OF DUTCHESS)

_Jerome Maxwell_, being duly sworn deposes and says:

I am the above-mentioned defendant/petitioner and have served a copy of the following

papers:

_Request for Judicial Intervention dated 2-28-17_
_Supreme Court Civil Branch Queens County,_
_by Hon. Jeremy S. Weinstein, order index # 322-17 dated_
_2-20-17_
_order to Show Cause, index # 322-17 dated 11-9-16._
_209-inmate balance screen dated 12-7-16._

Upon the following party(ies):

_District Attorney's office of Queens County_

_____     _____
_____     _____
_____     _____

by placing the above in a post-paid envelope and depositing it in a United States Postal Service

mailbox located at Green Haven Correctional Facility, Stormville, NY 12582 on the _2_ day of

_March_, 20_17_, as due and sufficient service.

_Jerome Maxwell_

Sworn to before me this

_1_ day of _MARCH_, 20_17_

_____
NOTARY PUBLIC

NOTARY PUBLIC
PATRICK LEON MCNEIL
No. 01MC6324976
Exp. 05/18/2019
BRONX COUNTY
STATE OF NEW YORK

# REQUEST FOR JUDICIAL INTERVENTION

UCS-840  (7/2012)

_Supreme_ COURT, COUNTY OF _Queens_

Index No: _322 / 17_     Date Index Issued: _2 / 20 / 17_

| For Court Clerk Use Only: |
|---|
| IAS Entry Date |
| |
| Judge Assigned |
| |
| RJI Date |

**CAPTION:** Enter the complete case caption. Do not use et al or et ano. If more space is required, attach a caption rider sheet.

_Jerome Maxwell_

**Plaintiff(s)/Petitioner(s)**

-against-

_District Attorney's office of Queens County_

**Defendant(s)/Respondent(s)**

## NATURE OF ACTION OR PROCEEDING:      Check ONE box only and specify where indicated.

**MATRIMONIAL**
- ☐ Contested

   **NOTE:**  For all Matrimonial actions where the parties have children under the age of 18, complete and attach the MATRIMONIAL RJI Addendum. For Uncontested Matrimonial actions, use RJI form UD-13.

**TORTS**
- ☐ Asbestos
- ☐ Breast Implant
- ☐ Environmental: _____
   (specify)
- ☐ Medical, Dental, or Podiatric Malpractice
- ☐ Motor Vehicle
- ☐ Products Liability: _____
   (specify)
- ☐ Other Negligence: _____
   (specify)
- ☐ Other Professional Malpractice: _____
   (specify)
- ☐ Other Tort: _____
   (specify)

**OTHER MATTERS**
- ☐ Certificate of Incorporation/Dissolution   [see NOTE under Commercial]
- ☐ Emergency Medical Treatment
- ☐ Habeas Corpus
- ☐ Local Court Appeal
- ☐ Mechanic's Lien
- ☐ Name Change
- ☐ Pistol Permit Revocation Hearing
- ☐ Sale or Finance of Religious/Not-for-Profit Property
- ☐ Other: _____
   (specify)

**COMMERCIAL**
- ☐ Business Entity (including corporations, partnerships, LLCs, etc.)
- ☐ Contract
- ☐ Insurance (where insurer is a party, except arbitration)
- ☐ UCC (including sales, negotiable instruments)
- ☐ Other Commercial: _____
   (specify)

   **NOTE:**  For Commercial Division requests [22 NYCRR § 202.70(d)], complete and attach the COMMERCIAL DIV RJI Addendum.

**REAL PROPERTY:**   How many properties does the application include? _____
- ☐ Condemnation
- ☐ Mortgage Foreclosure (specify):   ☐ Residential   ☐ Commercial
   Property Address: _____
   **NOTE:** For Mortgage Foreclosure actions involving a one- to four-family, owner-occupied, residential property, or an owner-occupied condominium, complete and attach the FORECLOSURE RJI Addendum.
- ☐ Tax Certiorari - Section: _____ Block: _____ Lot: _____
- ☐ Tax Foreclosure
- ☐ Other Real Property: _____
   (specify)

**SPECIAL PROCEEDINGS**
- ☐ CPLR Article 75 (Arbitration)   [see NOTE under Commercial]
- ☒ CPLR Article 78 (Body or Officer)
- ☐ Election Law
- ☐ MHL Article 9.60 (Kendra's Law)
- ☐ MHL Article 10 (Sex Offender Confinement-Initial)
- ☐ MHL Article 10 (Sex Offender Confinement-Review)
- ☐ MHL Article 81 (Guardianship)
- ☐ Other Mental Hygiene: _____
   (specify)
- ☐ Other Special Proceeding: _____

## STATUS OF ACTION OR PROCEEDING:      Answer YES or NO for EVERY question AND enter additional information where indicated.

| | YES | NO | |
|---|---|---|---|
| Has a summons and complaint or summons w/notice been filed? | ☐ | ☐ | If yes, date filed: ___/___/___ |
| Has a summons and complaint or summons w/notice been served? | ☐ | ☐ | If yes, date served: ___/___/___ |
| Is this action/proceeding being filed post-judgment? | ☐ | ☐ | If yes, judgment date: ___/___/___ |

**NATURE OF JUDICIAL INTERVENTION:**    Check ONE box only AND enter additional information where indicated.

- [ ] Infant's Compromise
- [ ] Note of Issue and/or Certificate of Readiness
- [ ] Notice of Medical, Dental, or Podiatric Malpractice    Date Issue Joined: _____ / _____ / _____
- [ ] Notice of Motion    Relief Sought: _____    Return Date: _____ / _____ / _____
- [ ] Notice of Petition    Relief Sought: _____    Return Date: _____ / _____ / _____
- [x] Order to Show Cause    Relief Sought: *Article 78*    Return Date: 3-2-17
- [ ] Other Ex Parte Application    Relief Sought: _____
- [ ] Poor Person Application
- [ ] Request for Preliminary Conference
- [ ] Residential Mortgage Foreclosure Settlement Conference
- [ ] Writ of Habeas Corpus
- [ ] Other  (specify): _____

**RELATED CASES:**    List any related actions.  For Matrimonial actions, include any related criminal and/or Family Court cases.
If additional space is required, complete and attach the RJI Addendum.  If none, leave blank.

| Case Title | Index/Case No. | Court | Judge (if assigned) | Relationship to Instant Case |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**PARTIES:**    For parties without an attorney, check "Un-Rep" box AND enter party address, phone number and e-mail address in space provided.
If additional space is required, complete and attach the RJI Addendum.

| Un-Rep | Parties:<br>List parties in caption order and indicate party role(s) (e.g. defendant; 3rd-party plaintiff). | Attorneys and/or Unrepresented Litigants:<br>Provide attorney name, firm name, business address, phone number and e-mail address of all attorneys that have appeared in the case.  For unrepresented litigants, provide address, phone number and e-mail address. | Issue Joined (Y/N) | Insurance Carrier(s): |
|---|---|---|---|---|
| [ ] | Name:<br><br>Role(s): |  | ☐ YES<br><br>☐ NO |  |
| [ ] | Name:<br><br>Role(s): |  | ☐ YES<br><br>☐ NO |  |
| [ ] | Name:<br><br>Role(s): |  | ☐ YES<br><br>☐ NO |  |
| [ ] | Name:<br><br>Role(s): |  | ☐ YES<br><br>☐ NO |  |
| [ ] | Name:<br><br>Role(s): |  | ☐ YES<br><br>☐ NO |  |

**I AFFIRM UNDER THE PENALTY OF PERJURY THAT, TO MY KNOWLEDGE, OTHER THAN AS NOTED ABOVE, THERE ARE AND HAVE BEEN NO RELATED ACTIONS OR PROCEEDINGS, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION PREVIOUSLY BEEN FILED IN THIS ACTION OR PROCEEDING.**

Dated: 2 , 28 , 17 _____        *Jerome Maxwell*
                                            SIGNATURE

_____        _____
   ATTORNEY REGISTRATION NUMBER                PRINT OR TYPE NAME

```
FILED

'JAN 12 2017

COUNTY CLERK
QUEENS COUNTY
```

At a Term of the Supreme Court of the
State of New York, held in and for the
County of        on the    day of
---------------2016

Present: Hon_____Justice
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF _New York_

-----------------------------------------x

In the Matter of the Application of
Jerome Maxwell
                    Petitioner,

For a Judg ment Pursuant to Article 78 of the
civil Practice Laws and Rules in the Nature of
Mandamus to Review,
                    against
District Attorney,s Office ofQueens County
                    Respondent
-----------------------------------------x

ORDER TO SHOW
CAUSE
Index No_322__/17

*Poor-Person Application Pending Determination*

Upon the annexed affidavit in support of an Order to Show Cause
of Jerome maxwell verified on the _9_ day of _November_ 2016, and the
Verified Petition, sworn to on _9_ day of _November_ 2016, it is
ORDERED that respondent District Attorney Office show cause at a
Term of this Court, to be held in the County of _Queens_ on the
_____ day of _November_ 2016, or as soon thereafter as
counsel may be heard, why a judgment should not be made and
entered in this matter pursuant to Article 78 of the Civil
Practice Law and Rules in the Nature of Mandamus to Review:


1. VACATING and setting aside Respondent,s determination of
11_day_of_July, 1994. because pursuant to C.P.1 210.20(1) (c)
and 210.35(5). The Grand Jury proceeding is defective and
relevant to C.P.L 200.50(3) the five count,s are duplicitous
and multiplcitous because more than one count charge the same
crime stemming from the original indictmentfiled with the
Court by The District Attorney,s Office of Queen,s County,
New York on July 11, 1994; indicates that I Jerome Maxwell
were chrged with the following count,.
Penal Law Section 215.16(2) Intimidating a Victim or Witne§§
in the second degree(count 1
Penal Law Section 215.00(a) Bribing a Witnss(count 2.
Penal Law Section 215.11(1) Tampering with a Witness in the
Third Degree(count 3 )
Penal Law Section 195.05 Obstructing Governmental Administration
(count 4)
Penal Law Section 120.05 2d Assault in the Second Degree(count 5)

as set forth in the original indictment; and because
Maureen D. Aquila, Chief Clerk, Queens County Supreme Court
Criminal Term implemented to Repository Inquiry New York State
Division of Criminal Justice Services, that the initial report
of indictment 2986.94; were just one count Tampering with A
Witness-3rd, Prevent Testimony-fear of Injury PL.215.11, sub
01 class E felony NCIC 4805. see submitted Repository dated
9-23-2015, and see the document made by Pablo Rivera of the
Unified Court System 11 Judicial District Supreme Court, dated
8-16-2016.
Therefore the integrity of the proceeding is impaired
and prejudice ot the defenant and the Grand Jury proceeding
is defectice. Therefore the Grand Jury indictment 2986-94
should be Dismiss. therein these acts voilate Section 215.70
Unlawful Grand Jury Disclosure of the Penal Code of the State
of New York.

2. Directing Respondent ot turn over all of the Grand Jury
Minutes to the court and the Petitioner pursuant to C,P.L
204.20(1) (a-k)

3. GRANTING such other and further relief as the Court may
deem just and porper. It is further

ORDERED that pending the hearing of this special proceeding and
pursuant to section 7805 of the N.Y. Civil Practice Law and Rules
Respondent and all other officers, employee,agents, attorneys and
persons working in active concert or participation with
Respondent are stayed and prohibited from taking action related
to or enforcing Respondent,s determination of July 11, 1994.
It is further,
ORDERED that service of a copy of this order, together with the
papers upon which it is granted, upon both the Respondent and
the Attorney General by mail, on or before _November 23_2016,
shall be deemed sufficient.


ENTER:


_____

Justice of the Supreme Court


2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF _New York_
-------------------------------------------------X
In the Matter of the Application of

Jerome Maxwell                                    AFFIDAVIT IN
                Petitioner                        SUPPORT OF
                                                  ORSER TO SHOW
For a Judgment Pursuant to Article 78 of the      CAUSE
Civil Practice Law and Rules in the Natur‖ of     Index No:
Mandamus to Review

                        against

District Attorney,s Office of Queens County
                    Respondent
-------------------------------------------------X

"

STATE OF NEW YORK     )
                      :
COUNTY OF _Dutchess_  )ss:

Jerome Maxwell being duly sworn, depose and say:

1.      I am the defendant in the above entiled proceeding.

2.      I make this affidavit in support of my annexed application
        for an Order to Show cause to prosecute the attached
        petition pursuant to Article 78 of the Civil Practice
Law and Rules in the Nature of Mandamus to Review the      a
determination ofthe original indictment # 2986-94 filed with
the court by the District Attorney,s Office of Queens of queens
County, New York, Juky 11, 1994. and Repository Inquiry
New York State Division of Criminal Justice Services, dated
9-23-2015 made by Maureen D, Aquila.

3.      Petitioner seeks to proceed by Order to Show Cause rather
than by Notice of Petition because Pursuant to 512 U.S. 477,486-
87 (1994) the charges need ot be Invalidated.

4.      Petitioner, being incarcerated, also cannot effect personal
service of the within papers and respectfully requests that a
timely service by mail be deemed sufficient.

5.      Petitioner designates Queens County as the place of venue

6.      Previous application for the relief herein has been made

7.      I have moved by the annexed affidavit for a reduction
        waiver of filing fees.

3

8.    Previous application for the relief requested herein
has been made to U.S. District Cort Eastern District of NY and
they have the original indictment # 2986-94.

WHEREFORE, petitioner respectfully requests that this Court enter
an order directing Respondent to Show cause why a judgment should
not be made and entered pursuant to Article 78 of the Civil
Practice Law and Rules Vacating and setting aside Respodent,s
conviction and theDistrict Attorney,s office indictment # 2986-94
and directing respondent to turn over all of the Grand Jury ,
minutes to the Court and the Petitioner Jerome Maxwell pursuant
to C.P.L 240.20(1)(a-k). and granting such other and further,
relief as the Court may deem just and proper.

_Jerome Maxwell_

Petitioner, Pro Se

SWORN TO BEFORE ME THIS
_9th_ DAY OF _November_, 2016

_Carmela U. Lujin_
NOTARY PUBLIC

Carmela U. Lujin
Notary Public, State of New York
#01LU6035076
Qualified In Dutchess County
Commission Expires Dec. 23, 2018

4

SUOREME COURT OF THE STATE OF NEW YORK
COUNTY OF *New York*

------------------------------------------------X
In the Matter of the Application of
Jerome Maxwell
                Petitioner,

For a Judgment Pursuant to Article 78          VERIFIED
of the Civil Practice Law and Rules            PETITION
in the Nature of Mandamus to Review,           Index No. *322* | 17

                against

District Attorney,s Office of Queens County
                Respondent
------------------------------------------------X

        The petition of Jerome Maxwell, respectfully shows:

1.  Petitioner Jerome Maxwell is an inmate at FISHKILL CORRECTION
    FACILITY Box 1245. Beacon, New York 12508.

2.  Respondent *Robert F. Cunningham*, Superintendent ofFishkill
Correctional Facility is petioner,s  legal custodian and is
charged with the overall supervision and administration of ,
Fishkill Correctional Facility.

3.  This petion challenges The original indictment # 2986-94,
filed with the Court by the District Attorney,s Office of,
Queen,s CountyNew York, on July 11, 1994, and Repository Inquiry
New York State Division od Criminal Justice Services,dated,
9-23-15 made by Maureen D, Aquila.

WHEREFORE,petitioner respectfully requests that judgment be,
entered pursuant to Article 78 of the Civil Practice Law and,
Rules:

1.  Vacating The District Attorney,s Conviction after trial,
on June 12, 1995 of Tampering with a witness in the third
degree PL215.11(1) or Intimidating a victim or witness in the
second degree PL 215.16-2 Therein ofwhich charge is the right one
I Jerome Maxwell were convicted of.

2.  Directing District Attorney,s Office to turn over all of
the Grand Jury minutes to the Court and the Petitioner Jerome
Maxwell pursuant to C.P.L 240.20(1)(a-k).

**Poor Person Application
Pending Determination**

FILED

'JAN 12 2017

COUNTY CLERK
QUEENS COUNTY

5

and Granting such other and further relief as the Court may deem just and proper.

Dated _1/-9_____ 2016

_____
Petitioner, Pro Se

SWORN TO BEFORE ME THIS
_9ᵗʰ__ DAY OF _November_ 2016

_____
NOTARY PUBLIC

Carmela U. Lujan
Notary Public, State of New York
#01LU6035076
Qualified in Dutchess County
Commission Expires Dec. 23, 20__

6

VERIFICATION

STATE OF NEW YORK  )
                   :  SS
COUNTY OF _Dutchess_ )

Jerome Maxwell, being duly sworn, deposes and says that deponent is the
petitioner in the above captioned proceeding that he has read the foregoing
petition and knows the contents thereof, that the same is true to deponent,s
own knowlede, except as to matters herein stated upon informa tion and
belief, which matters deponent believes to be true.

_Jerome Maxwell_
/Petitioner, Pro Se

SWORN TO BEFORE ME THIS
_9TH_ DAY OF _November_ 2016

_Carmela U. Lujan_
NOTARY PUBLIC

Carmela U. Lujan
Notary Public, State of New York
#01LU6035076
Qualified in Dutchess County
Commission Expires Dec. 23, 20__

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF New York

——————————————————————X

Jerome Maxwell

        Petitioner,

         against

District Attorney,s Office Of Queens County

        Respondent

——————————————————————X

Affidavit in Support of
Application Pursuant to
CPLR 1101 (F)
Index No 322 17

FILED

JAN 12 2017

COUNTY CLERK
QUEENS COUNTY

State of New York   )
             )ss:
County of Dutchess  )

1. Jerome Maxwell, being duky sworn, hereby declare as follows:
I am the Petitioner in this proceeding, Iam an inmate in a federal,state
or local correctional facility (state place of incarceration FishKill
Correctional Facility          , and I submit this affidavit to support my
application for a reduction of the filing fee.

2) I currently receive income from the following sources, not including,
correctional facility wages:   I Jerme Maxwell has no other sources of income.

3) I own the following valuable property (other than miscwllaneous personal
property): none.

4) I have no saving, property, assets or income other than as listed above.

5) I am unable to pay the filing fee necessary to proceeding.

6) No other person who is able to pay the filing fee has a beneficial intersest
in the result of this proceeding.

7) The facts of my case are described in my petition and other papers filed with
court.

8) Previous application for the relief requested herein has been made to U.S District Court Eastern District of NY.

*Jerome Maxwell*
signature

SWORN TO BEFORE ME THIS **9TH** DAY OF *November, 2016.*

*Carmela U. Luzin*
Notary Public
Notary

Carmela U. Luzin
Notary Public, State of New York
601LU6035076
Qualified in Dutchess County
Commission Expires Dec. 22, 2018

AUTHORIZATION

I, Jerome Maxwell, inmate nuber 16A1633, request and authorize the agency, holding me in custody to send to send to the Clerk of the Sureme Court of The State of New Yorkcertified copies of the correctional Facility trust fund account statement( or the institutional equivalent) for the past six months.

I further request and authorize the agency holding me in custody to deduct the filing fee from my correctional facility trust fund account (or the institution equivalent) and to disburse those amounts as instructed by the Supreme Court of the State of New York.

This authorization is given  in connection with this petition and shall apply to any agency into whose custody I may be transferred.

I UNDERSTAND THAT THE ENTIRE FILING FEE AS DETERMINED BY THE SUPREME COURT OF THE STATE OF NEW YORKWILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY CORRECTIONAL FACILITY TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.

*Jerome Maxwell*
signature